# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2511
_____

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO,

    Appellant,

    v.

BASIK TRADING, INC.,

    Appellee.

_____

On appeal from the Division of Administrative Hearings.
G.W. Chisenhall, Administrative Law Judge.

November 8, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Brooke Elizabeth Adams, Chief Appellate Counsel, Tallahassee, for Appellant.

Jonathan W. Taylor and Gerald J. Donnini, II, of Moffa, Sutton, & Donnini P.A., Fort Lauderdale, for Appellee.